# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

PAUL M. BESSMAN, ET AL

    VS                                  CASE NO. 3:09cv123 MCR/MD

TRAVELERS PROPERTY CASUALTY
COMPANY OF AMERICA

## REFERRAL AND ORDER

Referred to Judge Davis on   07/17/2009
Type of Motion/Pleading MOTION TO COMPEL DISCOVERY FROM DEFENDANT OR IN THE ALTERNATIVE MOTION TO EXTEND DISCOVERY
Filed by: Plaintiffs      on 7/17/09      Doc. No. 16
( ) Stipulated/Consented/Joint Pleading
RESPONSES:
DEFENDANT                     on 7/23/09      Doc. No. 18
                                on              Doc. No.
                                WILLIAM M. McCOOL, CLERK OF COURT

                                /s/ Lynn C. Uhl
                                Deputy Clerk: Lynn Uhl

## ORDER

Upon consideration of the foregoing, it is ORDERED this 24th day of July, 2009, that:

(a) The requested relief is DENIED as moot, the motion having been withdrawn (doc. 20).

(b) Within ten (10) days the plaintiffs shall pay $1000.00 to defendant as a sanction for that party's costs in defending the instant motion to compel. Either party may within ten days seek reconsideration of the sanction or the amount by filing a motion to reconsider with brief argument and supporting documentation, in which case the requirement for payment will be stayed until the matter is resolved.

                                                  /s/ *Miles Davis*
                                                MILES DAVIS
Entered On Docket:              By: UNITED STATES MAGISTRATE JUDGE
Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP
Copies sent to:

Document No.